

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 26, 2021

*[Handwritten: Sentencing is adjourned until May 11, 2021 at 12pm. X /s/ Alvin K. Hellerstein]*

**BY EMAIL AND ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   United States v. Darrell Goodman, 19 Cr. 385 (AKH)

Dear Judge Hellerstein:

The Government, with the consent of the defendant, respectfully writes to request a brief adjournment of the sentencing date in this case—currently scheduled for March 30, 2021. The parties have not yet received a final presentence report for the defendant.

The parties are available the week of May 10, 2021 for sentencing, if the Court is amenable to a sentencing that week.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney
Southern District of New York

By:   /s/ Dina McLeod
Dina McLeod
Dominika Tarczynska
Assistant United States Attorneys
(212) 637-1040 / - 2748

cc:   Daniel Horwitz, Esq. (by email and ECF)
Tracy Burnett, Esq. (by email and ECF)