UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

Case No.: 19 Cr. 385 (AKH)

-v-

DARRELL GOODMAN

                        Defendant.
-----------------------------------------------------------X

## ORDER

Upon the application of defendant Darrell Goodman, it is hereby ORDERED that the United States Pretrial Services Office for the Southern District of New York return Mr. Goodman's passport, which he surrendered as a condition of his release on bail in this matter.

SO ORDERED

December 9, ~~October~~ ___, 2021

_____
ALVIN K. HELLERSTEIN
United States District Judge